**1008**

part. The cause is remanded for entry of judgment consistent with this opinion.

Costs in Nos. 75–1873 and 75–1933 will be taxed to the United States. Costs in Nos. 75–1874, 75–1895 and 75–1901 will be taxed equally to the appellants and appellees. Costs in No. 75–1896 will be taxed to Maurice Choquette, appellee-cross-appellant.

### ORDER

Upon the Court's own motion and pursuant to Rule 9(a), the appeal is dismissed. This Court is without jurisdiction to hear appeals from a decision of a United States Magistrate. *See Reciprocal Exchange v. Noland*, 542 F.2d 462 (8th Cir. 1976); *United States v. Haley*, 541 F.2d 678 (8th Cir. 1974); 9 J. Moore, Federal Practice ¶ 110.01 (2d ed. 1973).

SWANSON & YOUNGDALE, INC., Appellee,

v.

SEAGRAVE CORPORATION, a Delaware Corporation, Appellant.

No. 76–1511.

United States Court of Appeals, Eighth Circuit.

Oct. 12, 1976.

Robert James JIMERSON, Appellant,

v.

KISCO COMPANY, INC., Appellee.

No. 76–1030.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 16, 1976.

Decided Oct. 12, 1976.

Charles Quaintance, Jr., Minneapolis, Minn., filed brief for appellant.

George C. King, St. Paul, Minn., filed brief for appellee.

Before HEANEY, STEPHENSON and HENLEY, Circuit Judges.